

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2021

No. 04-21-00419-CV

**STATE** of Texas,
Appellant

v.

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT** and Pedro Martinez, in his Official
Capacity,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19115
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On October 20, 2021, we ordered appellant to cause a signed written order denying the relief it sought within ten days from the date of the order. On October 25, 2021, appellant filed a supplemental clerk's record containing the signed written order. Therefore, we retain the appeal on the docket of this court.

Appellees' unopposed motion to shorten the times for filing briefs and providing notice of the submission date is **GRANTED IN PART.** *See* TEX. R. APP. P. 38.6(d), 39.8. Appellant's brief is due on or before **November 8, 2021**; appellees' brief is due on or before **November 15, 2021**; and appellant's reply brief is due on or before **November 22, 2021.** Additionally, in accordance with the motion, the clerk of this court is not required to provide the parties twenty-one days' notice of the submission date for this accelerated appeal.

It is so **ORDERED** on November 1, 2021.

**PER CURIAM**

ATTESTED TO: Michael A. Cruz,
Clerk of Court

